```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
               FORT PIERCE DIVISION
          CASE NO. 06-14078-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

YOSVEL BROCHE-GONZALEZ,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on February 14, 2007. A Report and Recommendation filed on March 6, 2007 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Ten of the Indictment.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 22nd day of May, 2007.

                                                    DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Edward Reagan, Esq.
        Corey Steinberg, AUSA
```